# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**ELOISE B. LUCKETT**,                                    Plaintiff,

vs.                                                        Case No. 5:18-CV-04098

**MANAGEMENT AND TRAINING CORPORATION, INC.**     Defendant

## COMPLAINT

**COMES NOW**, Eloise B. Luckett, and for her Complaint over and against the Defendant: Management and Training Corporation, Inc. hereby states and alleges as follows:

1. Plaintiff is a resident of Geary County, Kansas residing at 2020 McFarland Road, Junction City, Kansas 66441.

2. Defendant is a foreign corporation, organized in Delaware ,and authorized to do business in the State of Kansas, which has designated the Corporation Company Inc., 112 SW 7th St., Suite 3C, Topeka, KS 66603 as its resident agent authorized to receive service of process.

3. Plaintiff hereby charges Defendant with discriminatory, and unlawful employment practices, contrary to 42 U.S.C. § 2000e-2, and the Kansas Act Against Discrimination, which prohibit gender discrimination, and prohibit an employer from discharging a person from employment because of the gender of such person, or to otherwise discriminate against that person with respect to her conditions of employment, because of her gender.

COMPLAINT                                              -2-

4. Because of her gender, Plaintiff was subjected to a campaign of harassment, and discrimination, which culminated in the termination of her employment on March 30, 2017 on pretextual grounds.

5. Plaintiff was the first female to hold the position of Center Director Officer.

6. Shortly after she was terminated, Plaintiff was replaced with another male employee who was hired while Plaintiff held the position of Center Director Officer, and after being hired, was trained to serve as Plaintiff's replacement while Plaintiff was going through her probationary term as Center Director Officer.

7. After her male replacement had been trained, Defendant falsely counseled Plaintiff for being late to work, and failing to ensure the safety of the Center. Plaintiff refuted these accusations, but was nonetheless terminated, with no more justification offered for her termination other than the fact that she was still in a probationary status as Center Director Officer.

8. Prior to receiving the pretextual counseling, Plaintiff had never received any adverse counseling or unsatisfactory performance evaluation during the approximately five (5) years she had been employed at the Center.

9. As a result of her termination, Plaintiff suffered wage and financial losses, and diminished social security and retirement benefits and significant physical and emotional pain and suffering in an amount exceeding $75,000.00.

**WHEREFORE**, Plaintiff prays for judgment over and against Defendant in an amount exceeding $75,000.00, for her costs incurred herein, including reasonable

COMPLAINT                                          -3-

attorney fees and for such other and further relief which the Court deem just and equitable in the circumstances.

*[signature: E B Luckett]*

Eloise B. Luckett

## VERIFICATION

STATE OF KANSAS     )
                    ) ss:
COUNTY OF GEARY     )

Eloise B. Luckett, being duly sworn, deposes and states that:

That she is the Plaintiff herein; that she has read the foregoing Complaint and knows the contents thereof; that the same is true of her own knowledge, except as the matters therein stated on information and belief; that as to those matters, she believes the same to be true.

*[signature: E B Luckett]*

Eloise B. Luckett

Subscribed and sworn to before me this 28 day of August, 2018.

NOTARY PUBLIC - State of Kansas
PETER CHARLES ROMBOLD
My Appt. Exp. _____

*[signature]*
Notary Public

My Appointment Expires: 9-23-2018

APPROVED:

HOOVER, SCHERMERHORN,
EDWARDS, PINAIRE & ROMBOLD
811 North Washington Street
Junction City, KS 66441
(785) 238-3126
Attorneys for Plaintiff

By *[signature]*
Peter Charles Rombold, #11539

COMPLAINT                              -4-

## Demand for Jury Trial

**COMES NOW**, Plaintiff, by and through one of her attorneys, Peter Charles Rombold of Hoover, Schermerhorn, Edwards, Pinaire and Rombold and hereby demands trial by jury on all counts triable to a jury herein.

>HOOVER, SCHERMERHORN,
>EDWARDS, PINAIRE & ROMBOLD
>811 North Washington Street
>Junction City, KS  66441
>(785) 238-3126
>Attorneys for Plaintiff
>
>By _____
>       Peter Charles Rombold, #11539

PR:Luckett.Complaint